IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH OMURWA (A#205214103) and RONALD LUHUMUZYA KAIJAGE (A#095534254), | § § § § § | |
| Petitioners, | § § | |
| V. | § § | No. 3:19-cv-607-N |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of September, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE